(121 So. 917)
Wm. P. RIDLEY et al. v. James Webb RIDLEY et al. (6 Div. 338.)

Supreme Court of Alabama. March 19, 1929.

PER CURIAM. Affirmed by agreement.

(121 So. 918)
Thos. L. ROBINSON, pro ami, v. Mary M. ROBINSON. (6 Div. 270.)

Supreme Court of Alabama. April 18, 1929.

PER CURIAM. Appeal dismissed for want of prosecution.

(121 So. 918)
Ernest ROGERS v. STATE. (7 Div. 881.)

Supreme Court of Alabama. April 18, 1929.

Milo Moody, of Scottsboro, and J. A. Johnson, of Ft. Payne, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM. Petition of Ernest Rogers for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Rogers v. State, 121 So. 925.
Writ denied on authority of Postal Tel. Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(120 So. 923)
Bertha SLAY v. S. A. JORDAN. (7 Div. 801.)

Supreme Court of Alabama. Jan. 18, 1929.

Rehearing Denied March 28, 1929.

PER CURIAM. Appeal dismissed.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(121 So. 918)
A. D. STALCUP, etc., v. BIRMINGHAM REAL ESTATE & INVESTMENT CO. (6 Div. 312.)

Supreme Court of Alabama. March 28, 1929.

G. M. Edmonds, of Birmingham, for appellant.
Woodall & Patrick, of Birmingham, for appellee.

ANDERSON, C. J. Reversed and remanded.

SAYRE, THOMAS, and BROWN, JJ., concur.

(122 So. 918)
STATE ex rel. Edward CLARK, pro ami, v. W. B. MERRILL, Judge. (7 Div. 880.)

Supreme Court of Alabama. May 30, 1929.

Rehearing Denied June 20, 1929.

Ross Blackmon and Lamar Field, both of Anniston, for petitioner.

THOMAS, J. Writ denied, on uncontroverted answer of respondent, on authority of L. & N. v. McCarty, 195 Ala. 150, 70 So. 91.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.

(120 So. 923)
STATE ex rel. M. D. WIGGINS v. Andrew G. PATTERSON. (8 Div. 76.)

Supreme Court of Alabama. Jan. 31, 1929.

A. J. Harris, of Decatur, and John R. Sample, of Hartselle, for appellant.
S. A. Lynne and Tennis Tidwell, both of Decatur, for appellee.

BOULDIN, J. Appeal dismissed.